# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TIMOTHY SCOTT CHENOT | ) Case No. 1:24-mj-00097-SAB |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

**FILED**
Aug 22, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 2, 2024 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Felon in Possession of Ammunition |
| | Maximum 15 years imprisonment;<br>Fine of up to $250,000; or both fine and imprisonment;<br>Up to 3-year term of supervised release; and<br>$100 special assessment. |

This criminal complaint is based on these facts:

See affidavit of HSI TFO David Fenstermaker, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*David Fenstermaker*
*Complainant's signature*

David Fenstermaker, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Aug 22, 2024**

*Judge's signature*

City and state: Fresno, California          Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>TIMOTHY CHENOT,<br><br>               Defendant. | CASE NO.<br><br>AFFIDAVIT OF HSI TASK FORCE OFFICER DAVID FENSTERMAKER |

I, David Fenstermaker, being duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

1.    This affidavit is made in support of a complaint and arrest warrant charging Timothy Chenot with a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm and ammunition.

2.    The facts in this affidavit come from my personal observations, my training and experience, and information related to me by other law enforcement officers and/or agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II.    AFFIANT'S BACKGROUND

3.    I am a Task Force Officer (TFO) with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). As a TFO, I am authorized by law or a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. I have been deputized as a federal law enforcement officer under Title 21, United States Code Section 878.

4. I am employed by the City of Fresno Police Department and have been a full-time sworn Peace Officer in the State of California and previously the State of Pennsylvania for the past 24 years.

5. My peace officer experiences include patrol duties, special assignments, and investigations. I was previously assigned to the Street Violence Bureau - Felony Assault Unit, where my duties ranged from assisting in homicide crime scenes to investigating carjacking, shootings, stabbings, home invasions, suspicious deaths, and felony assaults. I am currently assigned to Homeland Security Investigations, where my duties include investigating sales and transportation of firearms and narcotics, the illegal possession of firearms, human trafficking, sexual exploitation, terrorism, and gangs. Additional responsibilities include being assigned to the Fentanyl Overdose Resolution Team (FORT), which is comprised of Special Agents and Task Force officers from HSI, the Drug Enforcement Administration (DEA), the Fresno Police Department (FPD), the Clovis Police Department (CPD), and Fresno Sheriff's Office. FORT responds to and investigates suspected fentanyl overdoses, fatal and non-fatal, and conducts investigations to identify the source of supply.

6. I have received over 2,000 hours of training related directly to criminal investigations in sexual assault, domestic violence, officer-involved shootings, interview/interrogations, search warrants, narcotics, firearms, gangs, and homicides.

7. I am familiar with the facts and circumstances of the investigation through discussions with other law enforcement and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this declaration I assert that a statement was made, the information was provided by another agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many made by others and are stated in substance and in part unless otherwise indicated. Since this declaration is being submitted to secure a search warrant for the above items, I have not included details of every investigation aspect. Facts not set forth herein are not being relied upon in reaching my conclusion that the requested order should be issued. Nor do I ask that this Court rely on any facts not set forth herein in reviewing this application.

## III. SUMMARY OF PROBABLE CAUSE

8. On August 2, 2024, police arrested Timothy Chenot near the scene of a shooting in Southeast Fresno. Based on surveillance footage and eye-witness statements, Chenot fired several rounds out his window while driving near an apartment complex. Police found several spent .223 caliber casings at the scene of the shooting and in his truck. Police also found a discarded .223 caliber "pistol style" AR-15 underneath a parked car near the scene of the shooting, along with a discarded magazine with seven rounds of .223 caliber ammunition. A NIBIN analysis matched the firearm with the spent casings at the scene and in the truck. Chenot was intoxicated when arrested, breathing a 0.24 percent blood alcohol content. Police also found a live 9mm round of ammunition in Chenot's pocket. Chenot has at least two prior felony convictions, and an ATF special agent verbally indicated that the 9mm round of ammunition in his pocket was not manufactured in California, affecting interstate commerce.

## IV. PROBABLE CAUSE

### A. On August 2, 2024, Police Arrived at the Scene of a Shooting in Southeast Fresno.

9. Just before 1 a.m. on August 2, 2024, Fresno Police officers responded to a report of shots fired in southeast Fresno near the intersection of E. Huntington Avenue and E. Beck Avenue. At the scene of the reported shooting, police found two empty parked cars struck by gunfire and several expended .223 caliber casings in the roadway. Neither car's owner had gang affiliations and did not know why their vehicles were targeted.

10. During their investigation, officers questioned witnesses, located security cameras, and recovered seven spent .223 caliber shell casings at the scene.

### B. Police Pulled Chenot Over for Drunk Driving Near the Scene of the Shooting.

11. As officers arrived at the intersection of Huntington and Beck, they saw a gray Chevy pickup pulling out of a nearby apartment complex at a high rate of speed. Officers followed the truck and saw it drive on the wrong side of the road and also noticed the truck's left rear taillight truck was out, both of which are violations of the California Vehicle Code. Officers then initiated a traffic stop and pulled the truck over.

12. The driver identified himself as Timothy Chenot. A male juvenile was seated in the front passenger seat. While questioning Chenot, officers noticed he had slurred speech and had an open alcoholic container in the middle cup holder. After seeing the container, the officer asked Chenot if he had been drinking. Cehnot replied, "I had a couple earlier, man; I ain't gonna lie." Officers then asked Chenot to get out of the truck to conduct a sobriety test.

13. Officers conducted the sobriety test and breathalyzed Chenot. Based on the breath test, his blood alcohol content was 0.24 percent. Officers determined that Chenot was driving under the influence in violation of the California Vehicle Code.

C. **Police Found Ammunition and Several Spent Casings in Chenot's Truck that Matched the Casings at the Shooting and a Discarded Firearm.**

14. As Chenot got out to take his field sobriety test, two spent .223 caliber bullet casings fell out of the truck.

15. Officers saw more spent casings and live rounds in plain view in the truck by the driver's door and on the driver's side floorboard. During a search of the truck, officers found two spent .223 caliber shell casings on the driver's side floorboard. They also found one live .223 caliber round of ammunition, one spent 9mm shell casing, and another spent .223 shell casing on the passenger side door.

16. While searching near the area of the shootings on E. Huntington Avenue, officers found a discarded .223 caliber "pistol style" AR-15 assault rifle with one live round in the chamber underneath a parked car near the Huntington Ave. apartment complex. See Figure 1. Officers also found a discarded magazine containing seven .223 caliber rounds of ammunition.

**Figure 1: "Pistol Styled" AR-15 Found Near the Scene of the Shooting**



AFFIDAVIT

4

17. Police later obtained video surveillance from nearby apartment complex on E. Huntington Avenue at or around 12:50 am. The video showed a truck that appears similar to Chenot's truck, circling the block twice and police identified what appears to be muzzle flashes coming from the driver's side of the truck. See Figure 2. Investigators believe these muzzle flashes were caused by a firearm.

**Figure 2: Surveillance Footage of Suspected Muzzle Flash from the Truck While Driving**




18. Police searched Chenot before transporting him to Fresno Police Headquarters and found an additional 9mm round of ammunition in his pocket.

19. Investigators later conducted a National Integrated Ballistic Information Network ("NIBIN") test of the firearm. Test results indicate a positive match between the firearm and the spent casings at the scene of the shooting and the spent casings that fell out of Chenot's truck. In other words, test results indicate that the spent casings retrieved from the scene of the shooting and Chenot's truck were both fired from the same firearm retrieved from underneath the car.

20. I reviewed Chenot's record of arrest and prosecutions ("RAP Sheet"), which indicates that he has been convicted of felonies in the State of California, punishable by more than a year of imprisonment. The RAP Sheet included the following felony convictions:

   a. Fresno County Superior Court, Case No. F12905569, Inflict Corporal Injury Spouse/Cohabitant, in violation of California Penal Code, Section 273.5(A), and was sentenced to 2 years in prison on or about July 24, 2015;

   b. Fresno County Superior Court, Case No. F15907313, Burglary: Inflict Corporal Injury: Spouse/etc. w/ prior assault, violating California Penal Code, Section 273.5(F)(1), was sentenced to 5 years in prison on or about February 11, 2016.

21. On August 16, 2024, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent who has specialized training in the manufacture, origin, and identification of firearms and ammunition verbally indicated that the 9mm caliber round of ammunition seized from Chenot's pocket was not manufactured in the state of California and, therefore, traveled in and affected interstate commerce.

### V. CONCLUSION

22. Based on the above facts and circumstances described in this Affidavit, there is probable cause to believe that Timothy Chenot suffered felony convictions resulting in more than a year imprisonment, possessed ammunition, knew or should have known about his felony convictions and that the ammunition was transferred in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1), Felon in possession of ammunition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

*David Fenstermaker*
David Fenstermaker
Task Force Officer
Homeland Security Investigations, HSI

This Affidavit was submitted to me by reliable electronic means and attested to me as true and accurate by telephone, consistent with the requirements of Fed. R. Crim. P. 4.1 on **Aug 22, 2024**.

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form:

/s/ Cody Chapple
CODY S. CHAPPLE
Assistant U.S. Attorney