FILED
Sep 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY SCOTT CHENOT,<br><br>Defendant. | CASE NO. **1:24-cr-00218-KES-BAM**<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture |

INDICTMENT

COUNT ONE: [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

The Grand Jury charges:

TIMOTHY SCOTT CHENOT,

defendant herein, on or about August 2, 2024, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

    a) Fresno County Superior Court, Case No. F12905569, Inflict Corporal Injury: Spouse/Cohabitant/Fiance, on or about August 6, 2012; and

    b) Fresno County Superior Court, Case No. F15907313, Inflict Corporal Injury: Spouse/Cohabitant/ Fiance, on or about January 11, 2016;

did knowingly possess ammunition, specifically, two rounds of 9mm caliber ammunition; eight rounds of .223 caliber ammunition; eleven rounds of .223 caliber ammunition; and one round of 9mm caliber

ammunition in and affecting interstate commerce, in that the ammunition had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).<u>FORFEITURE ALLEGATION</u>:   [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

Upon conviction of the offense alleged in this Indictment, defendant TIMOTHY SCOTT CHENOT, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney Chief, Fresno Office

INDICTMENT    2