PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00218-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |
| TIMOTHY SCOTT CHENOT, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on September 5, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. The Court ordered the defendant detained and a status conference is currently set for November 13, 2024, with time excluded to that date.

2. Th government produced initial discovery on September 16, 2024. On September 19, 2024, the government extended a plea offer to the defendant that will expire on January 15, 2025.

3. Now, the parties agree to continue the status conference from November 13, 2024, to January 22, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4.      The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from November 13, 2024, through January 22, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  November 6, 2024               PHILLIP A. TALBERT
                                       United States Attorney


                                       */s/ Cody Chapple*
                                       Cody Chapple
                                       Assistant United States Attorney


Dated:  November 6, 2024               */s/ Nicholas F. Reyes*
                                       Nicholas F. Reyes
                                       Counsel for Timothy Scott Chenot

2

# ORDER

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from November 13, 2024, until **January 22, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from November 13, 2024, through January 22, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **November 6, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE