MICHELE M. BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00218-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| TIMOTHY SCOTT CHENOT, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on September 5, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. The Court ordered the defendant detained and a status conference is currently set for January 22, 2025, with time excluded to that date.

2. Th government produced initial discovery on September 16, 2024. On September 19, 2024, the government extended a plea offer to the defendant that will expire on January 15, 2025. The government extended the offer's expiration date to March 18, 2025.

3. Now, the parties agree to continue the status conference from January 22, 2025, to March 26, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4.     The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from January 22, 2025, through March 26, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 15, 2025

    MICHELE M. BECKWITH
    Acting United States Attorney

    */s/ Cody Chapple*
    Cody Chapple
    Assistant United States Attorney

Dated:  January 15, 2025    */s/ Nicholas F. Reyes*
    Nicholas F. Reyes
    Counsel for Timothy Scott Chenot

# **ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from January 22, 2025, until **March 26, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from January 22, 2025, through March 26, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 15, 2025**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE