MICHELE M. BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00218-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER** |
| TIMOTHY SCOTT CHENOT, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on September 5, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. The Court ordered the defendant detained and a status conference is currently set for March 26, 2025, with time excluded to that date.

2. The government produced initial discovery on September 16, 2024.

3. On February 13, 2025, the parties executed and filed a signed plea agreement in this case. [ECF 23.]

4. Now, the parties agree to set a change of plea hearing on April 28, 2025, and to vacate the March 26, 2025, status conference. The parties cleared this date with the district court.

5. The parties also agree that the interests of justice served by excluding time to the change of plea hearing outweigh the best interests of the public and the defendant in a speedy trial. The parties

1

also agree that the period from March 26, 2025, through April 28, 2025, should be excluded to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and to consider a pre-trial resolution of the case. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  February 21, 2025

MICHELE M. BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  February 21, 2025

*/s/ Nicholas F. Reyes*
Nicholas F. Reyes
Counsel for Timothy Scott Chenot

2

# **ORDER**

The Court has read and considered the parties' stipulation to vacate the status conference, set a change of plea hearing, and exclude time. The Court also finds that the interests of justice served by excluding time outweigh the interests of the public and the defendant in a speedy trial.

Therefore:

1. The status conference set for March 26, 2025, is **vacated**;
2. A Change of Plea Hearing will be set on **April 28, 2025, at 9:30 am before District Judge Kirk E. Sherriff.**
3. The period from March 26, 2025, through April 28, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **February 21, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

3